**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAWRENCE WAKEMAN,<br><br>Defendant. | Case No. 2:16-cr-092-APG-VCF<br><br>**ORDER QUASHING WARRANT**<br><br>(DKT. #30) |

Based on the information received from the Probation Office, IT IS ORDERED that the arrest warrant issued July 6, 2016 (Dkt. 30) is QUASHED.  A status hearing is set for **July 19, 2016** at **10:30 a.m.**

Dated:  July 15, 2016..

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE