RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for DANIEL WAKEMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>DANIEL WAKEMAN,<br><br>             Defendant. | Case No. 2:16-CR-092-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for DANIEL WAKEMAN, that the Revocation Hearing currently scheduled on Wednesday, January 18, 2017 at 9:30 a.m. be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defendant has been indicted on the gun charges, which form the basis for the petition for revocation. The current trial date is set for February 7, 2017.

2. The defendant is in custody, but does not oppose the continuance.

3. Defense counsel will need additional time within which to review the discovery on the underlying allegations of this revocation in order to properly prepare for the revocation hearing in this matter.

4. The parties agree to the continuance.

5. The parties are discussing the possibility of a global resolution for both cases.

6. Appellate counsel for the defendant has requested permission from the 9th Circuit Court to file a 2255 on the Johnson issue.

This is the second request for a continuance of the revocation hearing.

DATED this 12th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL WAKEMAN,<br><br>  Defendant. | Case No. 2:16-CR-092-APG<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 18, 2017 at 9:30 a.m., be vacated and continued to  March 21, 2017  at the hour of 10:30 a.m. in Courtroom 6C.

DATED this  12th  of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

3