UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAWRENCE WAKEMAN,<br><br>Defendant. | Case No. 2:16-cr-00092-APG-VCF<br><br>**ORDER FOR GOVERNMENT TO FILE A REPLY BRIEF** |

Defendant Daniel Wakeman moved to vacate his sentence under 18 U.S.C. 2255. ECF No. 60. The government then moved to dismiss Wakeman's motion, arguing that I have no jurisdiction because Wakeman was sentenced in a different district. ECF No. 70. Wakeman responded, raising novel legal arguments as to why this court might have jurisdiction. ECF No. 71. Wakeman also filed a notice of supplemental authority. ECF No. 72. The government is ordered to file a reply to Wakeman's arguments.

IT IS THEREFORE ORDERED the government shall file a reply in support of its motion to dismiss by July 21, 2017.

DATED this 6th day of July, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE