# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00092-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS** |
| DANIEL LAWRENCE WAKEMAN, | (ECF No. 70) |
| Defendant. | |

The government moved to dismiss the § 2255 motion to vacate filed by defendant Daniel Wakeman, arguing that this court has no jurisdiction over that motion because it is not the sentencing court. ECF No. 70. I agree, but rather than dismissing Wakeman's motion, I ordered that it be transferred to the District of Oregon, where he was sentenced. ECF No. 76.

IT IS THEREFORE ORDERED that the government's motion to dismiss **(ECF No. 70) is DENIED AS MOOT.**

DATED this 7th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE